Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_Northern_ District of _CA_

_San Jose_ Division

C 24 03993 NC

Case No. _____

_(to be filled in by the Clerk's Office)_

_Audrey L. Kimner_

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

_The State of California and Monterey County_

Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Jury Trial: *(check one)* ☐ Yes ☒ No

**FILED**

JUL 02 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

| | |
|---|---|
| Name | _Audrey L. Kimner_ |
| Street Address | _P.O. Box 1493_ |
| City and County | _Carmel, Monterey_ |
| State and Zip Code | _CA 93921_ |
| Telephone Number | _843-754-1543_ |
| E-mail Address | _audreykimner10@gmail.com_ |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name — *The State of California*
Job or Title *(if known)* — *Government — c/o Rob Bonta, etc.*
Street Address — *1300 "I" Street*
City and County — *Sacramento,        Sacramento*
State and Zip Code — *CA        95814*
Telephone Number — *800-952-5225*
E-mail Address *(if known)* — *rosailda.perez@doj.ca.gov*

Defendant No. 2

Name — *Monterey County*
Job or Title *(if known)* — *Government c/o Marina Pantchenko*
Street Address — *168 West Alisal St 1st Floor*
City and County — *Salinas,        Monterey*
State and Zip Code — *CA        93901*
Telephone Number — *831-755-5066*
E-mail Address *(if known)* — *GuillenLE@co.monterey.ca.us.*

Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*1, 7, 8, 5, 14 Amendment, ADA-Title II + III, 2 Bill of Rights*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship  *Fraud,*

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* ___Audrey L Kimmer___ , is a citizen of the State of *(name)* ___California___ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated

under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of

the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____ .

b.   If the defendant is a corporation

The defendant, *(name)* _The State of California_, is incorporated under
the laws of the State of *(name)* _California_, and has its
principal place of business in the State of *(name)* _California_.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Plaintiff request full $50,000,000. to be paid to
Plaintiff for entry of judgement and default
judgement. Defendants owe plaintiff.

III.   **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attached typed Statement of Claim.

Plaintiff request Federal Judge to enforce plaintiffs
win by default and enter judgement.

IV.   **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. See attached type Relief explanation. The amount of punitive damages and Tort personal injury due to losses and exploitation etc. See attached + proof. Including default to Sign that was served by third party.

## B. Basis for Jurisdiction, under Federal Question, the defendant;

**2.** The defendant is a Corporation

The defendant, <u>Monterey County,</u> is incorporated under the laws of the State of <u>California,</u> and has a principal place of business in the State of <u>California.</u> Both defendants are Government, State and Federal employees of the State of <u>California.</u>

---

### SUMMARY:

The plaintiff filed a case in Monterey County to stop unlawful wage garnishment after six years in the State of California under a Tort. The plaintiff showed the judge that the order from South Carolina was unenforceable and the plaintiff told the judge that the County was unlawfully wage garnishment. The judge yelled at the top of her lungs to the plaintiff and said, ' you have no proof of that'. The plaintiff handed the judge the order, and the judge said ' go back to South Carolina and take care of this'. Judge Panetta refused to offer remedy, and gave the plaintiff bad legal advice intentionally. The plaintiff told the judge that the plaintiff was going to file in the County and State where the plaintiff lives. The plaintiff was fully aware that the plaintiff reported no help from the County and State employees, federal employees, including the Congressman's office who knew about the plaintiffs long ongoing legal issues. The plaintiff had written letters to the Congressman prior to filing any lawsuit to exit the legal abuse and abuse of process of a hate crime and revenge of domestic assault. The plaintiff turned in felony drugs to protect the plaintiffs children from their father and he used the legal system as a weapon with a vexatious guilty South Carolina lawyers and family who are in executive positions tied to our Government and SAS in NC.

As the judge offered her bad legal advice and the record was off, the plaintiff was kind, but stated the fact that the plaintiff was going to file when the plaintiff lives, which is California in the proper jurisdiction. The judge glared at the plaintiff and made the horrible remark. The judge had aided and abetted the County and the County lawyer while going forward with a skype meeting while allowing the County out of the case unlawfully. All remedy had been ignored by the county employees who failed to act, and refused to act on a police report and domestic assault with wiretapping in the county at the plaintiffs job, including harassment at work from the South Carolina lawyers who were willfully and forcefully trying to get the plaintiff fired. The S.C. lawyers were trying to bankrupt the plaintiff and using false court orders and many wrong case numbers to usurp irrevocable binding arbitration and formal agreement signed by the same lawyers, and those lawyers were willfully wiretapping the plaintiff and following the plaintiffs locations through the wiretapping and phone hacking, including pocket watching to drain all bank accounts so that the plaintiff could not hire a lawyer. The plaintiff hired and paid millions in legal fees while all lawyers worked under color of law and used the plaintiffs children as pawns to federally exploit the plaintiff.

Two days after seeing the judge and giving the proof, the County four lawyers with the judge mailed the plaintiff a felony amount of child support in retaliation after the plaintiff had fully explained the truth to Judge Panetta. This is theft by deceitfulness and clear retaliation while

1

The judge is refusing to follow the law and offer remedy. This is an ongoing tool to keep the plaintiff bound unlawfully to the legal system. The County lawyer laughed in open court while Marina Pantchenko passed around the plaintiff's case to three other lawyers while showing all of the county lawyers the plaintiff 'privileged documents and financials'. The County lawyers instructed Judge Panetta to place a criminal demurrer to silence the plaintiff and to obstruct any further proof to prove the plaintiff's case on the record. The four lawyers were involved in placing false and misleading statements in court documents and had Marina Pantchenko write a false statement that she offered to settle with the plaintiff, but the plaintiff declined. This was unethical and intentional, and simply false. The judge went along with it, and also with the hearing without the State of California lawyers present, and the County failed to copy or serve the other defendant in the case. The demurrer is unconstitutional and blocks the plaintiff intentionally from redress or remedy while all colluded together with untruths on the record, but also the judge and clerks working under the color of law while closing the case online so that the public can not view the ongoing proof. The clerks are intentionally keeping the case closed, refusing any documents on the record, and the clerks are refusing to place any documents on the record while throwing away the plaintiff's proof of service documents in front of the plaintiff. The clerks are overstepping their bounds and acting as the plaintiffs lawyer, which is unlawful. All interfering with a Tort, and tampering with the case. Now the plaintiff has endured the outrageous behavior of all with threats, and the judge is blaming the plaintiff's mother in open court and yelling at the plaintiff and calling the plaintiff a liar. The judge stated herself, ' you should have sued the State', but after the plaintiff stated, ' I did sue the State, and in this lawsuit', the judge has escalated her actions of retaliation and is obstructing the plaintiff's case and case documents. All as a Conspiracy to oppress the plaintiff, but now refusing to follow the law, ADA Rights of access, refusing redress and remedy while using skype to further ' set the plaintiff up'. The judge is aiding and abetting both defendants, as well as her clerks. The plaintiff has witnesses that were on the phone and they are appalled at the actions of this biased judge and the unethical clerks who should not be interfering with the plaintiff's case. Tampering and disposing of crucial evidence and stating that the plaintiff is not allowed any documents other than the original filing is obstructing the plaintiffs justice, and it's intentional. The clerk is now refusing to place service documents on the record and digging through the documents with all clerks looking through all of the file and removing documents. This spoilage of evidence has been going on at the AG's office as well, and with untruths written in legal documents with bad legal advice while refusing to allow a hearing per the plaintiff First Amendments Rights and with assets pending and withheld. This case was filed over two years ago, and there has been a default judgment and proof of service placed on the record by skype, but the judge is refusing to acknowledge this and the clerk is writing untruths in minute orders and memorandums while this information is already on the record, and as the judge states, ' well now you have it on the record', and the plaintiffs response was, ' yes I do'. Now the judge and clerks are posing as this never took place. The ongoing unnecessary delays and all obstruction has now escalated, and the plaintiff took the proper actions to file a complaint with the judicial board for the second time on this judge. The plaintiff was simply requesting remedy and for health issues to be taken care of, including return of the plaintiffs passport and homes, etc. The county lawyers stated that the ' plaintiff doesn't like what she got from her divorce', which is absurd, and speculation with no true

2

in these legal documents, nor did any lawyer offer to mediate or offer the plaintiff remedy or any settlement. The documents state falsely that the County lawyer offered to settle, but the plaintiff refused'. This is false and this did not happen, otherwise this would have been over two years ago. If the County lawyers were had even offered to settle with the plaintiff per their own legal filing, the four lawyers and the County know the plaintiff had a case, which all chose to work as team to oppress the plaintiff, and even though the lawyer runs a .org for refugees stating ' Equal Protections of the law works'. Well, this is a clear biased and racist view, as the lawyer laughed at the plaintiffs pain and suffering in open court and outloud when Judge Panetta aiding and abetting their County and false and misleading statements of a settlement. The judge allowed the County out stating that the County was not involved, which was false. The judge states now that she hasn't read the case and refuses to do so. This is after the State paid the judge the fee and extra fee of $1,000.00 to read the large extraordinary case with medical negligence, which has now escalated. The judge is now ignoring all properly served service, and is aiding and abetting while now stating that she 'is going to dismiss the case if the defendant, The State, refuses to sign the summons'. This is after the AG was properly served twice while he chose to no- show or file a dismissal. The judge has also allowed mail fraud involved in the service at the AG office, as if that is not a crime either. He chose to blow the lawsuit off, and wrote a letter giving the plaintiff legal advice to go to the judicial board to take care of the matter. This is a filed lawsuit, and after the judge stated herself that the plaintiff should have sued the State. This is all outrageous!

May the plaintiff add that this is an ongoing and not isolated issue with the judge, as on the many case management meetings, many other lawyers were also complaining about the judge placing cases out for another year, two years and with spoilage of their evidence. The judge was belligerent, rude and told them excuses while not helping anyone who had a case pending for their client, and the plaintiff has witnessed this with others for two solid years. This has been nothing but refusing remedy, talking about money, and making silly remarks and jokes instead of following the law and two Constitutions under oath. The plaintiff now has two more years of losses due to judicial intentional negligence. Before the plaintiff filed suit, and as the judge had threatened her next move at the last case management hearing to allow the second defendant out while wasting the plaintiffs time, the plaintiff requested a Federal judge to sign the proven and properly served default that the clerk is refusing to sign to enter this valid default into the record. The judge is refusing to acknowledge her own words of placing the service on the record, and after the judge had instructed the plaintiff with legal advice to keep serving the defendant of the State while placing the case out further and further intentionally. The plaintiff has already won the case by default, by law, by case law and with almost five pounds of bold proof. The judge is now calling the plaintiff names and slandering the plaintiff in front of a number of lawyers so that nobody will help the plaintiff. This is intentional slander and refusals of First Amendment Rights and remedy when the plaintiff is blocked from working and traveling, which is under new case law, and new legislation while the AG also refuses to comply or give the plaintiff a Marsy's Law card from police reports in Monterey County and Domestic Assault reports with reports of Wiretapping in the County at the plaintiffs place of work. All outrageous and ongoing to date.

3

Before the plaintiff files a lawsuit, the plaintiff request a Federal judge instruct the default and judgment to be signed by law, or enforce the judge and clerk with the AG to sign it and pay the plaintiff in full for punitive damages owed, etc. The mental anguish and calling the plaintiff a liar when it's not the plaintiff is beyond all canons of ethics, biased and cruel. There is no excuse, especially as the judge calls the plaintiffs mother into the case when the plaintiffs mother has zero to do with this case. The judge stated falsely that the plaintiffs mother signed the document of service for the AG, which is just ludicrous. The plaintiff sent an extra document per the self help employee, and the plaintiff's mother did not sign at the bottom in place of the AG. This statement is false, misleading and completely outrageous. All intent to slander the plaintiff and her family with a biased out of control judge who is angry because her continuances now tell the story of her blatant obstruction and intent to obstruct the plaintiff case and refusal to follow the law. The judge has now lost subject matter jurisdiction on the case, so the plaintiff requested the Federal judge or magistrate follow through with what the State and County with Federal employees of the State and County failed to do under the Judicial capacity time frame. This has cost the plaintiff so much time and many more losses, and the ability to work and live any kind of normal life as a U.S. Citizen with no criminal history and refusal to return the plaintiffs passport that is unlawfully withheld to be cruel. The plaintiff is being attacked verbally and by legal documents and those false orders with the plaintiff's privacy are placed unlawfully on Pacer and across the world to slander the plaintiff and ruin the plaintiff's reputation in retaliation. Please see that this outrageous retaliation with abuse of power and process stops now. Please sign the default or request that the judgment and default be signed and entered into the court.

All involved are under oath, including the clerks, and the clerks should not know anything about the plaintiff case or case file. The judge is aiding and abetting their criminal activity, as well as the judicial misconduct board who wrote a letter of untruths. The plaintiff provided a witness statement and many pages of proof, including the default judgment that the board refused to sign. This allows the plaintiff to sue the State and County with all involved and sue for more in damages or losses with interference of a Tort Personal Injury case that is ongoing with medical and dental gross negligence. The plaintiff now has to have dental surgery that the insurance doesn't cover. This is simply diabolical and cruel, not to mention discrimination that is ongoing and with many other forms of proof.

**Note: Why all involved block the plaintiff access to our public courts, a South Carolina Magistrate Judge is calling the plaintiff a pro se prisoner in court orders and retaliating against the plaintiff who is not a whistleblower. The plaintiff is trying to remove herself from the legal system and punitive damages are owed, along with all return of stolen and withheld awarded assets and homes that belong to the plaintiff. The plaintiff has 14 years of all tax returns that prove the multi millions in losses, and cruelty with life insurance hanging over the plaintiff heads intentionally. The plaintiff is still wiretapped, our phones are hacked and with judges trying to give the plaintiff a bad reputation so that no judge or anyone in our Government will act or offer remedy, or find the plaintiffs children in other states. They are worried, threatened and scared to speak up, as the plaintiffs ex wants to inherit the plaintiffs half of all assets that are his, his counsel or his family.**

4

**Statement of Claim,**

Since this is not a lawsuit, only a request for the Federal judge to enforce the properly served Default Judgment and Judgement into the court, and prior to a final case management hearing that is being threatened to be dismissed unlawfully and intentionally on July 09, 2024. The plaintiff has been robbed, harmed, further harmed, and involved in multiple hate crimes with coercive control over the plaintiff assets, homes, investments, retirement, 401K, royalty, and passport to block the plaintiff from traveling for work. This is intentional revenge, retaliation and a hate crime that has been going on since 2008, and the ex was trying to steal the Duke Energy Retirement and 401k prior to divorce, but his lawyers finally made the Wire fraud and Bank Fraud with public officials using a false court order to steal the accounts one year after verified QDRO's. The plaintiff has a lawsuit pending against Duke Energy, as the State of California forced the plaintiff on SSI instead of acting under judicial capacity. Now using SSI against the plaintiff with discrimination.

1. The Defendants were properly served by a third party, and not a party to the case.
2. The clerk is overstepping her bounds while stating that the default is not legible, which is a MOOT point, as it's already on the record with the Judge.
3. The plaintiff has already won this case.
4. The plaintiffs handwriting is slander in open court and in writing, as the plaintiffs handwriting is twice or three times the size of the typed document, which is intentional to mislead all litigants from filing a pro se lawsuit.
5. This case involved interference of a Tort, Extrinsic Fraud, ongoing medical neglect, and now ongoing medical negligence and malice.
6. The plaintiff needs her passport returned and there is new case law for blocking the plaintiff from traveling and moving around, including refusing First Amendment Rights.
7. The plaintiff has a right to remedy and redress.
8. This is obstruction of justice with No Proper Procedural Due Process.
9. **The Attorney General, all Federal employees at his office chose to give bad legal advice instead of filing a dismissal, and he chose to no show with tampering and removing the case law that the plaintiff served in the lawsuit, including replacing the case law and then serving again per the judges request to reserve. The judge should have placed this judgment on the record of the first no show by the AG, Rob Bonta or his employees who she states in open court several times, ' the State lawyer always shows'. If this is the case, then she is admitting to the biased view and racism with refusal to state a reason or file a dismissal. This is the AG's fault, and it's intentional because he wrote a letter, and before and after he knew about the lawsuit. The Attorney General is not above our laws or Constitution.**
10. **The judge has to adhere to her oath of office and two Constitutions under oath.**
11. **Tampering, Spoilage of Evidence, Removal of documents while separating the pages, and numbering the pages and mailing the documents back to the plaintiff.**

12. **The AG office mailed the plaintiff back the suit, which proves the AG office was served.**
13. The service documents are clear, and with proof of service, and ongoing proof that the clerk is refusing to place on the record.
14. The Demurrer is Unconstitutional, Violating the plaintiffs ADA and First Amendment Rights, and the State was never served by the Demurrer by the County.
15. **The judge should have never gone forward with the hearing without both defendants present in court, and never served by the County four lawyers.**
16. **The judge allowed false and misleading statements in court documents by the County lawyer, including an affidavit of untruths by Marina Pantchenko who now states she is no longer employed by the County. She intentionally acted with malice, told untruths and placed these untruths in court documents knowingly, and invaded the plaintiffs privacy.**
17. **The judge allowed the County lawyer to laugh in open court, as the judge continues to block the plaintiffs speech while escalating her anger and biased view by calling the plaintiff names in open court in and in front of lawyers and others. Blaming parties not a party to the case of signing documents which is 100% false and misleading the court.**
18. **The judge states ' everything must be legal', but nothing the judge has done has been legal or ethical, and she is intentionally and threatening to deprive the plaintiff from all rights, which is criminal.**
19. **The judge has allowed lawyers to tell her the laws and how to obstruct the plaintiffs justice in court documents, including clerks who she refuses to fire or have the clerks to follow the laws and ethics, as the judge is over the court now.**
20. **The judicial board employee should be brought under oath and questioned, along with the County and Federal employees who are telling untruths and interfering.**
21. **The plaintiff now has ongoing losses while all involved play games and place unnecessary delays on this Tort Case while refusing a hearing, or those to come forward under oath.**
22. **The judge and county lawyers placed child support using false court orders and case numbers, and they are now caught trying to intentionally set the plaintiff up to keep something over the plaintiffs head and attached to the courts. This is a felony amount of money that the plaintiff is being forced to pay and with unlawful wage garnishment, which is a crime and exploitation. The judge had no idea that the case number was wrong, so now she is angry.**
23. **Undue Influence and other oppression with intent, including refusing to have proper service documents at all at the county while the self help employees are intentionally giving the wrong advice. The forms need to be updated, and this is not the plaintiffs fault.**
24. **All intent, and as the County board members and supervisors refuse to act, and give the wrong phone numbers or return calls.**
25. **The Congressman is the judge's husband, which is against canons of ethics.**
26. **Abuse of Power, Abuse of Power with intent.**

**VERY IMPORTANT FACT:**

27. **There was a conflict, and the plaintiff wrote a letter immediately after knowing this conflict and Campaign contributions of personal friends to the Panettas, but Judge Panetta refused to recusing knowing this was true, and that he husband knew about this case years ago, and had read the case documents while refusing to act. The clerk mailed the request letter back several times, and the judge refused to recuse stating ' she has not spoken to her husband about the case'. Regardless, she should have recused, and now she is angry.**

28. Mail fraud is a serious crime, but the judge went along with it and acting as though it's nothing when this is obstructing not only the plaintiff, but all plaintiff from serving the State contacts, and the Federal employees are involved, and mailroom employees refusing to stamp the green mail cards, and while mailing them back to the plaintiff and actually admitting accepting the case, but the judge ignores the bold truth and proper service and evading of service after service. This is all outrageous!

29. This proves the plaintiff case of fraud upon the court, fraud with public officials involvement, and includes **threats to the plaintiffs face when the plaintiff is a federal litigant and plaintiff with cases pending in the Federal Court now and prior.**

30. **Gross negligence is proven and further proven in this case.**

    **The plaintiff will state a claim with all explanations and legal statements if the plaintiff is forced to file a lawsuit in this matter and obstruction of justice.**

---

**Relief;**

The plaintiff requests the Tort case judgment and default be paid in full in the amount of $50,000,000.00 to the plaintiff immediately, as the proof is attached. The plaintiff was willing and working in good faith, as the defendants have refused to do so, which is ongoing. There has been no hearing allowed, and violations of the plaintiff rights, ADA rights and the Constitution Demure does not fit the plaintiffs Tort, and was used to silence the plaintiff and omit crucial evidence and removing evidence from the record with proven tampering by the defendants. The County chose to be unethical, abuse the courts and plaintiff instead of working under their oath to uphold our laws and Constitutions. The AG, his Federal employees and all clerks involved with the judge and County lawyers chose to work under color of law and deprive the plaintiff of a hearing without regard for the plaintiff's possessions and homes outstanding while laughing about the plaintiff's pain in open court. This is cruel, and as the clerk smiles as she intentionally threw the plaintiffs' service documents in the trash.

The County brought themselves back into the suit by filing child support unlawfully for unlawful wage garnishment after knowing the facts in open court, but also the County lawyers, Board and Assistants with others refused to correct their errors in their legal documents that are full of untruths. This included the judge who listened to them instead of having control of her court and following the laws and all ethics, as she is clearly biased and cruel to the plaintiff and belligerent. She is retaliating, and she is angry now that her instructions to update the many

Case management meetings proved her malice and intent, and her intent to aid and abet the plaintiffs defendants, but most of all her own husband who failed to act. This would have saved the courts time, along with the plaintiffs time, including enormous losses in California. This is also including all ignoring the CA Privacy Act, Marcy's Law and refusal to offer restraints from a Hate crime and financial abuse. This has caused the plaintiff years of loss of time, loss wages and time with family and friends over six years, and for no reason except bias, racism and reasons that the plaintiff didn't create, as origin. This is clear discrimination, and as the county sends money to the county lawyers personal family with the media sharing this in public. This is all outrageous and fraud upon the court with intent. The mental anguish is unacceptable, along with the judge calling the plaintiff a liar when the plaintiff did not lie, has never lied, and is using the skype as a tool to retaliate and SET THE PLAINTIFF UP further, including slandering the plaintiff and her mother who has nothing to do with this case.

Please see that the Default is placed on the record per the law, and have the AG or his employee follow through, including all clerks who are under oath. The plaintiff wants to move on and needs to get back to work, but all are standing in the way of the plaintiff moving forward, working, paying taxes and the plaintiff wants the threats and intentional set up to stop. The plaintiff is not a punching bag for those who should be removed from office. The plaintiff doesn't know these people and they do not know the plaintiff. A hearing and mediation should have taken place and in good faith. Now it's too late, and all of their malice and intent is now for all to see, and the plaintiff is one of many that are further harmed by the same people. The website and lawyers are telling the same story, and in public, and in the media. Please see that it stops. No judge should ever call me a liar, ever. She should not be attacking my mother by verbal abuse and bold lies. The judge should have been aiding and abetting criminal acts of her own clerks who she is over, and refuses to bring them in under oath to get both sides of the story with crimes being committed without remedy. She is clearly biased, and she has blocked the plaintiffs speech from day one, and intentionally talking over the plaintiff, slandering the plaintiff and not reading the case, or holding a proper hearing on day one. She is clearly obstructing justice, and refusing to recuse prior to the last year or more. The judge believes she is above the law and her family can obstruct innocent people from our public courts for fundamental remedy and redress with serious legal issues pending, as well as lawyers who are dealing with this horrific court nonsense while their clients are being obstructed for years, as in the plaintiff's case. Again, the plaintiff worked in good faith, and all involved chose not to, and the AG made the decision himself not to stand up for the State of California, refused to file a dismissal or state any reason why, and he evaded service intentionally with numerous federal employees. Also, he is running a .org for himself, as the County lawyers Marina Pantchenko, which is unlawful and tax evasion as a **'public servant'.** If the AG, Rob Bonta has time to go to a Gay Parade, he has the time to show up in court and defend his position, but **Rob Bonta chose not to show up in court, and not to act ethically, as he chose to work in bad faith and he worked under the color of law. The letter proves he was served a lawsuit, and he has no excuse for not filing a response, refusing to sign the summons after proper service, and refusing to acknowledge that his federal employees were not working under the law, or in good faith**

8

either. He failed to act on the mail fraud in his own building as well, which is a federal crime. If he doesn't know the laws, case law, rules, new legislation, or procedures of our courts, or how to get a handle on the unethical employees at the AG office, he should be removed from office. He is not above our laws, our Constitution and he is under oath, as everyone else is that involved in obstructing the plaintiffs case with intent and malice.

Respectfully- The plaintiff does not have time for childish games in a court of law or out. Enough is enough. Please take care of this and the plaintiff is now owed punitive damages in the full amount of 50,000,0000. **Please see that the unlawful and unenforceable child support ORDER is VACATED with the proper return of the plaintiffs passport that is withheld unlawfully. The order is NOT the plaintiff's case number. Thank you!**

Please see all proof, and default to be signed attached. Regardless of the plaintiff's handwriting, it's already on the record and served. If you can read it, the plaintiff will rewrite it, but it has been properly served and not returned to the plaintiff. The upcoming court date is July 09, 2024. You are welcome to attend. Thank you for your prompt attention to this matter, Audrey L. Kimner.

9 of 9 for typed Jurisdiction, Statement of Claim explanations and Relief, excluding proof attached. Note: The plaintiff filled out summons for each, but not service documents.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11. *Plaintiff is attaching proof and witness statement. Not frivolous.*

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     *July 1, 2024*

Signature of Plaintiff     *Audrey L. Kimner*

Printed Name of Plaintiff     *Audrey L. Kimner*

### B.    For Attorneys

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Street Address     _____

State and Zip Code     _____

Telephone Number     _____

E-mail Address     _____

**EXHIBIT**
A + B
Witness

Request marsy's Law - signored

A



audrey kimner <audreykimner10@gmail.com>

*Wilmole, Dina Padilla*

**Re: OUTRAGOUS ABUSE BY JUDGES TO MYSELF AND MANY VICTIMS/ MOTHERS
OF ASSAULT IN CA-- WHERE OUR LAWS ARE THE BEST, BUT ARE 100%
IGNORED,OBSTRUCTED AND OUR COURT TIME BLOCKED TO CONCEAL ALL
THAT IS STOLEN BY LAWYERS, REAL ESTATE THUGS AND GLOBAL CORPORA...**

3 messages

**Dina Padilla** <Dpadilla7584@outlook.com>                                    Tue, Mar 19, 2024 at 3:55 PM
To: audrey kimner <audreykimner10@gmail.com>

Judge Panetta was highly unethical and hostile today, among other abuses stating Ms Audrey Kimner lied in front today in
court of at least twenty representatives besides Audrey's mother and myself as a witness, when it's been the clerks as
Audrey tried to state many times. I've never known Ms. Audrey Kimner to lie about anything and I hold Ms. Kimner in high
regard for her honesty and integrity to which the judge Panetta profoundly impugned Audrey Kimner's character. The
judge interrupted Ms Kimner, voicing over her on top it. Panetta should recuse herself for threatening to dismiss Audrey's
case at the next hearing and besides being the wife of Audrey's congressman to whom Audrey had discussed her case.
These are prejudices and retaliatory acts, plus not allowing Audrey enough time, to speak so close to the 10:00 am court
time frame for the next legal representatives scheduled, so Audrey couldn't answer or ask questions. Where judge
Panetta would not allow Audrey to talk any longer after the judge's interruptions, , a violation of Ms Kimner's 1st
amendment. 6th and 14 th amendment the judge trying to voice over Audrey's statements about the court clerks' names
lying, and destruction of Audrey's evidence. The judge stated that there was no proof of service even though Audrey's
mother sent the proof of service from another state, more than once. This too impunes Audrey Kimner's mothers
character as well. This has been a bone of contention made by the judge even though Audrey has mentioned this today
and in prior hearings with judge Panetta. For almost an hour judge Panetta was courteous to previous legal
representatives plus giving them more than enough time to keep discussing with our interruptions in discussing to
continuing their cases to all other legal representatives as was done with judge panetta with Audrey Kimner in previous
hearings to all This is clear violation of Audrey's 1st, and 14 th amendment and not being able to represent herself in a
courtroom as a pro per. The judge was so hostile that I am still reeling on the judges verbal abuses and threats on Audrey
Kimner. The tone of the judges' voice was high pitched, short and disrespectful, and totally unlike the judges verbal tone
to previous court representatives. It's my understanding that a previous complaint on judge Panetta which was denied and
the judge has refused to recuse herself. Today's inexcusable abuses and an obvious discrimination by judge Panetta
towards Audrey Kimmer, should be reason enough for judge panetta to recuse herself if not more actions to be taken.
The judges' many months waste of the courts time based on a lack of knowledge of an legitimate proof of service is
nothing more than delay tactics and an abuse and waste of the court's time to keep Ms Kimner's from moving forward
from having a trial. This is why why a court reporter or hearing officer should be in all court hearings. Judges minutes do
not give the whole or even half of what said in the courtroom. This is a yet violation of Ms Kimner's 14 the amendment due
process rights   If anyone has any questions to ask regarding this court hearing for Ms Kimner, please feel free to contact
me and I would say that considering the seriousness of what happened today, that it would be immediately imperative for
someone other than Ms. Audrey Kimner to contact me. Any Please feel free to use this as my affidavit of need be.
Sincerely, Dina Padilla .

Get Outlook for iOS

---

From: audrey kimner <audreykimner10@gmail.com>
Sent: Tuesday, March 19, 2024 3:00:28 PM
To: Dina Padilla <Dpadilla7564@outlook.com>
Subject: Fwd: OUTRAGOUS ABUSE BY JUDGES TO MYSELF AND MANY VICTIMS/ MOTHERS OF ASSAULT IN CA--
WHERE OUR LAWS ARE THE BEST, BUT ARE 100% IGNORED,OBSTRUCTED AND OUR COURT TIME BLOCKED TO
CONCEAL ALL THAT IS STOLEN BY LAWYERS, REAL ESTATE THUGS AND GLOBAL CORPORA...

--------- Forwarded message ---------
From: audrey kimner <audreykimner10@gmail.com>
Date: Tue, Mar 19, 2024, 2:53 PM
Subject: OUTRAGOUS ABUSE BY JUDGES TO MYSELF AND MANY VICTIMS/ MOTHERS OF ASSAULT IN CA--
WHERE OUR LAWS ARE THE BEST, BUT ARE 100% IGNORED,OBSTRUCTED AND OUR COURT TIME BLOCKED
TO CONCEAL ALL THAT IS STOLEN BY LAWYERS, REAL ESTATE THUGS AND GLOBAL CORPORATIONS DURING

https://mail.google.com/mail/u/0/?ik=e1314b8660&view=pt&search=all&permthid=thread-f:1793997061382746880&simpl=msg-f:17939970613827466...   1/



**EXHIBIT** __

C

South Carolin Judge
Culling ad Rimner a "pro se
                                prisoner"

Plaintiff has NlO CRIMMaL
                              Record

Slandler

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Audrey L. Kimner, | ) | C/A No.: 2:24-1966-CMC-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| State of South Carolina; Berkeley | ) | |
| County; and William J. Wylie, Jr., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This is a civil action filed by a pro se prisoner. Under Local Civ. Rule 73.02(B)(2)(d) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

**EXHIBITS** (1-10)

1) Default to be signed. - Clerk Refuses - coversheet included.

2) Proof of Service- and delivery on 12/08/2023 (Second Service of Suit)

*3) minute order - fraud + untruth - stated no proof of Service after Judge placed this form on Skype of delivery. Clerk refused to place all on the record.

4) July 9, 2024 Case mangement prep.

*5) Letter from DOJ + AG - Refusing to Sign suit/ Summons, but sends plaintiff proof + suit back, and not server - proving Service the first time. Gives the plaintiff bad legal advice and obstructs case. no shows + fails to file a dismissal or explain at the hearing. Now in default twice. Aimee Lopez tOOK Service, all Known after the fact w/ DOJ States Aimee Lopez is not an employee, plaintiff./ which is false

6) proof of Service + Service of default and new medical neglegence proof. -ongoing

7) Return before and after no show w/ 1st suit tracking number proving service by third party + knowledge from A.G. + DOJ employee -

8) proof of ONLY Case number in 2011 Divorce in S.C.

9) all Denying proof on the record (ongoing) by all monterey County Clerks.

10) Untruths in memorandum by A. Nazarin clerk. Over stepping - was not present in court. mails docs back.

CM-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
*Audrey L. Kimner*
*P.O. Box 1493*
TELEPHONE NO.: *843-754-1543*   FAX NO.:
EMAIL ADDRESS: *audreykimnerID@gmail.com*
ATTORNEY FOR (Name): *Audrey Kimner, plaintiff pro sl*

**FOR COURT USE ONLY**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF *Monterey*
STREET ADDRESS: *1200 Aguajito Rd.*
MAILING ADDRESS:
CITY AND ZIP CODE: *Monterey, CA 93940*
BRANCH NAME: *Monterey Division Superior Court*

CASE NAME:

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: *22CV001220* |
|---|---|---|
| ☑ Unlimited (Amount demanded exceeds $35,000) ☐ Limited (Amount demanded is $35,000 or less) | ☐ Counter *N/A* ☐ Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) *Default on Rldord* | JUDGE: *Pgnetta*<br>DEPT.: *14* |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case: *Judgment*

| Auto Tort | Contract | Provisionally Complex Civil Litigation |
|---|---|---|
| ☐ Auto (22) | ☐ Breach of contract/warranty (06) | (Cal. Rules of Court, rules 3.400–3.403) |
| ☐ Uninsured motorist (46) | ☐ Rule 3.740 collections (09) | ☐ Antitrust/Trade regulation (03) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** | ☐ Other collections (09) | ☐ Construction defect (10) |
| ☐ Asbestos (04) | ☐ Insurance coverage (18) | ☐ Mass tort (40) |
| ☐ Product liability (24) | ☐ Other contract (37) | ☐ Securities litigation (28) |
| ☐ Medical malpractice (45) | **Real Property** | ☐ Environmental/Toxic tort (30) |
| ☐ Other PI/PD/WD (23) | ☐ Eminent domain/Inverse condemnation (14) | ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| **Non-PI/PD/WD (Other) Tort** | ☐ Wrongful eviction (33) | **Enforcement of Judgment** |
| ☐ Business tort/unfair business practice (07) | ☐ Other real property (26) | ☐ Enforcement of judgment (20) |
| ☐ Civil rights (08) | **Unlawful Detainer** | **Miscellaneous Civil Complaint** |
| ☐ Defamation (13) | ☐ Commercial (31) | ☐ RICO (27) |
| ☐ Fraud (16) | ☐ Residential (32) | ☐ Other complaint (not specified above) (42) |
| ☐ Intellectual property (19) | ☐ Drugs (38) | **Miscellaneous Civil Petition** |
| ☑ Professional negligence (25) | **Judicial Review** | ☐ Partnership and corporate governance (21) |
| ☐ Other non-PI/PD/WD tort (35) | ☐ Asset forfeiture (05) | ☐ Other petition (not specified above) (43) |
| **Employment** | ☐ Petition re: arbitration award (11) | |
| ☐ Wrongful termination (36) | ☐ Writ of mandate (02) | |
| ☐ Other employment (15) | ☐ Other judicial review (39) | |

2. This case ☑ is ☐ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☑ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve *Due to Court, Not Court, Plaintiff, delays by Judge & AG*
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision *etc.*

3. Remedies sought (check all that apply): a. ☑ monetary b. ☐ nonmonetary; declaratory or injunctive relief c. ☑ punitive
4. Number of causes of action (specify): *Tort, fraud extrinsic fraud, medical and dental*
5. This case ☐ is ☑ is not a class action suit. *neglect, fraud upon the court, section*
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.) *1983, discriminati..*
Date: *June, 25, 2024*   *Reservation of Rights,*
*Audrey L. Kimner*   ▶ *Audrey L Kimner pro sl*
(TYPE OR PRINT NAME)   (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)   *farm*

**NOTICE**   *gross neglig...*
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.   *attached*
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to *proof*

**INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET**                    CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases, only parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

**CASE TYPES AND EXAMPLES**

**Auto Tort**
  Auto (22)–Personal Injury/Property
    Damage/Wrongful Death
  Uninsured Motorist (46) *(if the
    case involves an uninsured
    motorist claim subject to
    arbitration, check this item
    instead of Auto)*
**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death) Tort**
  Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
      Wrongful Death
  Product Liability *(not asbestos or
    toxic/environmental)* (24)
  Medical Malpractice (45)
    Medical Malpractice–
      Physicians & Surgeons
    Other Professional Health Care
      Malpractice
  Other PI/PD/WD (23)
    Premises Liability (e.g., slip
      and fall)
    Intentional Bodily Injury/PD/WD
      (e.g., assault, vandalism)
    Intentional Infliction of
      Emotional Distress
    Negligent Infliction of
      Emotional Distress
    Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
  Business Tort/Unfair Business
    Practice (07)
  Civil Rights (e.g., discrimination,
    false arrest) *(not civil
    harassment)* (08)
  Defamation (e.g., slander, libel) (13)
  Fraud (16)
  Intellectual Property (19)
  Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
      *(not medical or legal)*
  Other Non-PI/PD/WD Tort (35)
**Employment**
  Wrongful Termination (36)
  Other Employment (15)

**Contract**
  Breach of Contract/Warranty (06)
    Breach of Rental/Lease
      Contract *(not unlawful detainer
      or wrongful eviction)*
    Contract/Warranty Breach–Seller
      Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/
      Warranty
    Other Breach of Contract/Warranty
  Collections (e.g., money owed, open
    book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections Case
  Insurance Coverage *(not provisionally
    complex)* (18)
    Auto Subrogation
    Other Coverage
  Other Contract (37)
    Contractual Fraud
    Other Contract Dispute
**Real Property**
  Eminent Domain/Inverse
    Condemnation (14)
  Wrongful Eviction (33)
  Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent
    domain, landlord/tenant, or
    foreclosure)*
**Unlawful Detainer**
  Commercial (31)
  Residential (32)
  Drugs (38) *(if the case involves illegal
    drugs, check this item; otherwise,
    report as Commercial or Residential)*
**Judicial Review**
  Asset Forfeiture (05)
  Petition Re: Arbitration Award (11)
  Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court
      Case Matter
    Writ–Other Limited Court Case Review
  Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor Commissioner
      Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
  Antitrust/Trade Regulation (03)
  Construction Defect (10)
  Claims Involving Mass Tort (40)
  Securities Litigation (28)
  Environmental/Toxic Tort (30)
  Insurance Coverage Claims
    *(arising from provisionally complex
    case type listed above)* (41)
**Enforcement of Judgment**
  Enforcement of Judgment (20)
    Abstract of Judgment (Out of County)
    Confession of Judgment *(non-domestic
      relations)*
    Sister State Judgment
    Administrative Agency Award
      *(not unpaid taxes)*
    Petition/Certification of Entry of
      Judgment on Unpaid Taxes
    Other Enforcement of Judgment Case
**Miscellaneous Civil Complaint**
  RICO (27)
  Other Complaint *(not specified above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-
      harassment)*
    Mechanics Lien
    Other Commercial Complaint
      Case *(non-tort/non-complex)*
    Other Civil Complaint
      *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
  Partnership and Corporate
    Governance (21)
  Other Petition *(not specified above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late Claim
    Other Civil Petition

**CIV-100**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY: | FOR COURT USE ONLY |

NAME: *Audrey L. Kimner, pro se plaintiff* STATE BAR NO:

FIRM NAME:

STREET ADDRESS: *P.O. Box 1493*

CITY: *Carmel*  STATE: *CA*  ZIP CODE: *93921*

TELEPHONE NO.: *843-754-1543*  FAX NO.:

E-MAIL ADDRESS: *audrey.kimner10@gmail.com*

ATTORNEY FOR (name): *Audrey L. Kimner pro se*

SUPERIOR COURT OF CALIFORNIA, COUNTY OF *Monterey*

STREET ADDRESS: *1200 Aguajito Rd.*

MAILING ADDRESS:

CITY AND ZIP CODE: *Monterey, CA 93940*

BRANCH NAME: *Monterey Division Superior Court of CA*

Plaintiff/Petitioner: *Audrey L. Kimner*

Defendant/Respondent: *Monterey County and the State of California*

**REQUEST FOR** (Application)
- [x] Entry of Default
- [x] Court Judgment
- [ ] Clerk's Judgment

CASE NUMBER: *22CV001220*

**Not for use in actions under the Fair Debt Buying Practices Act (Civ. Code, § 1788.50 et seq.); (see form CIV-105).**

1. TO THE CLERK: On the complaint or cross-complaint filed *(Default + Service (documented)*
   a. on (date): *5/04/2022, CMC Default on December 28, 2023 + CMC default Gran 31, 2024*  *Next March 18, 2024 9A.*
   b. by (name): *Audrey L. Kimner, plaintiff pro se*  *Apartmented.*
   c. [x] Enter default of defendant (names): *State of California, County failed to serve demurrer, only*
   d. [x] I request a court judgment under Code of Civil Procedure sections 585(b), 585(c), 989, etc. against defendant *Both Served by plaintiff by third party effecting (Judgment Served, proper Service* (names): *State of California, AG, Rob Bonta, Roseida Puse (Legal uni service) each*
      (Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).)
   e. [ ] Enter clerk's judgment
      (1) [ ] for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169.)
      [ ] Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The Prejudgment Claim of Right to Possession was served in compliance with Code of Civil Procedure section 415.46.
      (2) [x] under Code of Civil Procedure section 585(a). (Complete the declaration under Code Civ. Proc., § 585.5 on the reverse (item 5).)
      (3) [x] for default previously entered on (date): *1-30-2024*

2. Judgment to be entered.
   | | | Amount | Credits acknowledged | Balance |
   |---|---|---|---|---|
   | a. Demand of complaint | | $50,000,000. | $50,000,000 | |
   | b. Statement of damages* | | | | |
   | (1) Special | | $ | $ | |
   | (2) General | | $ | $ | |
   | c. Interest | | $ | $ | |
   | d. Costs (see reverse) | | $ | $ | |
   | e. Attorney fees | | $ | $ | |
   | f. TOTALS | | $50,000,000. | $ | $50,000,000. |
   g. Daily damages were demanded in complaint as the rate of: $ *ongoing* per day beginning (date): *3-19-2024*

   (* Personal injury or wrongful death actions; Code Civ. Proc., § 425.11.)

3. [ ] (Check if filed in an unlawful detainer case.) Legal document assistant or unlawful detainer assistant information is on the reverse (complete item 4).

Date: *3-19-2024*

*Audrey L. Kimner, plaintiff pro se*
(TYPE OR PRINT NAME)

► *Audrey L. Kimner plaintiff pro se*
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

| FOR COURT USE ONLY | (1) [ ] Default entered as requested on (date): |
|---|---|
| | (2) [ ] Default NOT entered as requested (state reason): |
| | Clerk, by _____, Deputy |

Form Adopted for Mandatory Use
Judicial Council of California
CIV-100 [Rev. January 1, 2023]

**REQUEST FOR ENTRY OF DEFAULT**
**(Application to Enter Default)**

Code of Civil Procedure, §§ 585–587, 1169
www.courts.ca.gov

Page 1 of 3

CIV-100

| Plaintiff/Petitioner: *Audrey L. Kimner, pro se* | CASE NUMBER: |
|---|---|
| Defendant/Respondent: *Monterey County and the State of California* | *22CV 001220* |

**4. Legal document assistant or unlawful detainer assistant (Bus. & Prof. Code, § 6400 et seq.).** A legal document assistant or unlawful detainer assistant ☐ did ☑ **did not** for compensation give advice or assistance with this form. If declarant has received **any** help or advice for pay from a legal document assistant or unlawful detainer assistant, state (*none*)

a. Assistant's name:

b. Street address, city, and zip code:

c. Telephone no.:

d. County of registration:

e. Registration no.:

f. Expires on *(date):*

**5.** ☑ **Declaration under Code Civ. Proc., § 585.5** *(for entry of default under Code Civ. Proc., § 585(a)).* This action *Judgement + default,*

*failure to answer, defend, reply in a timely manner*

a. ☑ **is** ☐ is not on a contract or installment sale for goods or services subject to Civ. Code, § 1801 et seq. (Unruh Act). *Plaintiff has been discriminated, race, sex, color(w), disability, medical neglect,*

b. ☐ **is** ☑ is not on a conditional sales contract subject to Civ. Code, § 2981 et seq. (Rees-Levering Motor Vehicle Sales and Finance Act). *(Biased) Pretense held against*

c. ☑ **is** ☐ is not on an obligation for goods, services, loans, or extensions of credit subject to Code Civ. Proc., § 395(b). *This is the proper court + jurisdiction, even for trial, all proper jurisdiction, Unruh state of*

**6. Declaration of mailing (Code Civ. Proc., § 587).** A copy of this *Request for Entry of Default* was

a. ☐ **not mailed** to the following defendants, whose addresses are unknown to plaintiff or plaintiff's attorney *(names):*

b. ☑ **mailed** first-class, postage prepaid, in a sealed envelope addressed to each defendant's attorney of record or, if none, to each defendant's last known address as follows:

(1) Mailed on *(date):* 3-19-2024 *(each) Declaration attached (DOJ envelope) case was accepted by Artnie Lopez, Service by 3rd party not party to case. Fed.*

(2) To *(specify names and addresses shown on the envelopes):* *1st service accepted by Artnie Lopez (A.G.) Rob Bonta, Rosalida Firm (legal counsel service) DOJ Robert Anderson (Chris Deputy)*

I declare under penalty of perjury under the laws of the State of California that the foregoing items 4, 5, and 6 are true and correct. *Yrs, with many misleading the court, service and declarations w/o forms, intent to mislead the plaintiff discriminated + biased*

Date: 3-19-2024

*Audrey L. Kimner, plaintiff pro se* (TYPE OR PRINT NAME)

*Audrey A. Kimner, pro se* (SIGNATURE OF DECLARANT)

**7. Memorandum of costs** *(required if money judgment requested).* Costs and disbursements are as follows (Code Civ. Proc., § 1033.5):

a. Clerk's filing fees ............ $ *State paid $1,000 for extraordinary case w/400 plus page of proof*

b. Process server's fees ......... $ -0- *Sheriff never served Lost case + plaintiff*

c. Other *(specify): court fees to be* ..... $ *Civil Rules apply 100 added by both*

d. *paid upon remedy and judgement of plaintiff* *money, # defendants use court order, actions + intent*

e. TOTAL ............ $ *TBD* *to mislead plaintiff +*

f. ☑ Costs and disbursements are waived. *waived by county judge to served. liable*

g. I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief this memorandum of costs is correct and these costs were necessarily incurred in this case. *pro se and treated biased + disrespectful invasion of plaintiffs privacy. Abuse of process + court. client (bullied) for pro se, Undue*

I declare under penalty of perjury under the laws of the State of California that the foregoing item 7 is true and correct. *Discrimination*

Date: 3-19-2024

*Audrey L. Kimner plaintiff, pro se* (TYPE OR PRINT NAME)

*Audrey A. Kimner, plaintiff pro se* (SIGNATURE OF DECLARANT) *Undue influence and spoilage of evidence. Unconstitutional + violated of rights and ADA rights ongoing Unecessarly delays.*

CIV-100

| | |
|---|---|
| Plaintiff/Petitioner: *Audrey L. Kimner* | CASE NUMBER: |
| Defendant/Respondent: *Monterey County and the State of California* | *22-CV001220* |

8. **Declaration of nonmilitary status** *(required for a judgment).*
No defendant/respondent named in item 1c is in the military service of the United States as defined by either the Servicemembers Civil Relief Act (see 50 U.S.C. § 3911(2)) or California Military and Veterans Code sections 400 and 402(f).

I know that no defendant/respondent named in item 1c is in the U.S. military service because *(check all that apply)*:

a. ☐ the search results that I received from *https://scra.dmdc.osd.mil/* say the defendant/respondent is not in the U.S. military service.

b. ☐ I am in regular communication with the defendant/respondent and know that they are not in the U.S. military service.

c. ☐ I recently contacted the defendant/respondent, and they told me that they are not in the U.S. military service.

d. ☐ I know that the defendant/respondent was discharged from U.S. military service on or about *(date):*

e. ☑ the defendant/respondent is not eligible to serve in the U.S. military because they are:
☐ incarcerated ☑ a business entity

f. ☐ other *(specify):* *Note: DOJ Fed. employees lied and stated Aimee Lopez was not an employee.*

*Note: County brought themselves back in by sending unlaw wage garnishing for child support using perjurious court orders from SC into plaintiffs P.O. Box. This was requested to stop, and spoken in open court while judge Panetta allowed county out w/o reading the case, and self admts to not reading case. Did*

**Note**
- U.S. military status can be checked online at *https://scra.dmdc.osd.mil/*.
- If the defendant/respondent is in the military service, or their military status is unknown, the defendant/respondent *they know* is entitled to certain rights and protections under federal and state law before a default judgment can be entered. *who was*
- For more information, see *https://selfhelp.courts.ca.gov/military-defaults*. *in this suit*

*extrinsic fraud ongoing* *and a uourel no-show.*
*(intentional to mislead and omit documents)* *and no response, and*
*Note: Plaintiff worked in good faith, and followed Judge Panetta's orders and* *record* *delays after mail*
*Codes of procedures at all times, but both* *fraud.*
*defendants and Counsel did not.* *Dates, names w/ proof given to Judge.*

*Defendants of the State/Fed employees refused to follow the law, and sign properly served summons and complaint two times, and mailed documents back, and with letters to mislead the plaintiff and misrepresent the law, and with declarations in each service ignored. Told the judge mislead the plaintiff, but the judge stated third party by mail, and self help clerk agreed on recorded line. Forms can be substituted per the website, and*

I declare under penalty of perjury under the laws of the State of California that the foregoing item 8 is true and correct.

*clerk throwing away proof of service* *declarations apply. See 6 pg affidavit and 2 pg. Served to defendant that County clerk refused on the record and wrote a false + misleading minute order.*
*forms. Outrageous! Bullying!*

Date: *3-19-2024*

*Audrey L. Kimner, pro se*
(TYPE OR PRINT NAME) *plaintiff*

*Audrey L Kimner, plaintiff pro se*
(SIGNATURE OF DECLARANT)

*mc was provided to defendants each cmc*
*hearing by plaintiff. cell 319-2024*

CIV-100 [Rev. January 1, 2023]

**REQUEST FOR ENTRY OF DEFAULT**
**(Application to Enter Default)**

For your protection and privacy, please press the Clear
This Form button after you have printed the form.

Print this form | Save this form | Clear this form

Page 3 of 3





**Superior Court of California, County of Monterey**
**MINUTE ORDER**

KIMNER, AUDREY L.
vs.
Monterey County, et al.
22CV001220
Date of Hearing:   01/30/2024

9:00 AM Conference: Case Management

Heard By:       Honorable Carrie M. Panetta
Courtroom Reporter:     NOT REPORTED

Location:     Department 14
Courtroom Clerk:     Sonia Olalia

**Parties Present:**
KIMNER, AUDREY L.              Plaintiff
Via Zoom

*Case is regularly called for Case Management Conference.*

*Discussions held regarding declaration filed.*

*The court finds:*

*No valid proof of service has been filed.*

**Matter is set for Continued Case Management Conference on March 18, 2024, at 9:00 a.m. in Department 14.**

Case Management Statements shall be filed no later than fifteen (15) days prior to the date of heading
*An attorney/party knowledgeable in all aspects of the case shall appear.*

Minute Order shall serve as the Order After Case Management Conference.

Clerk shall send Plaintiff a copy of the minute order.
//

CM-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|---|

NAME: Chidиuke Kimna, pro se
FIRM NAME:
STREET ADDRESS: P.O. BOX 1493
CITY: Chino STATE: CA ZIP CODE: 93941
TELEPHONE NO.: 843-754-1543  FAX NO.:
EMAIL ADDRESS: Chidiukekimna10@gmail.com
ATTORNEY FOR (name): Chidиuke Kimna, pro se

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Monterey
STREET ADDRESS: 1200 Aguajito Rd.
MAILING ADDRESS:
CITY AND ZIP CODE: Monterey, CA 939
BRANCH NAME: Monterey Superior Court

PLAINTIFF/PETITIONER:
DEFENDANT/RESPONDENT:

**CASE MANAGEMENT STATEMENT**

(Check one):  ☑ UNLIMITED CASE          ☐ LIMITED CASE
             (Amount demanded          (Amount demanded is $35,000
             exceeds $35,000)           or less)

CASE NUMBER: 24 CV 001 240

A CASE MANAGEMENT CONFERENCE is scheduled as follows:
Date: July 9, 2024   Time: 9:00 AM   Dept: 14   Div: Civil   Room: 14
Address of court (if different from the address above):
☐ Notice of Intent to Appear by Telephone, by (name): Chidиuke Kimna

INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.

1. **Party or parties (answer one):**
   a. ☑ This statement is submitted by party (name): Chidiuke Kimna, plaintiff
   b. ☐ This statement is submitted jointly by parties (names):

2. **Complaint and cross-complaint** (to be answered by plaintiffs and cross-complainants only)
   a. The complaint was filed on (date):
   b. ☐ The cross-complaint, if any, was filed on (date):

3. **Service** (to be answered by plaintiffs and cross-complainants only)
   a. ☐ All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
   b. ☐ The following parties named in the complaint or cross-complaint
      (1) ☐ have not been served (specify names and explain why not):
      (2) ☑ have been served but have not appeared and have not been dismissed (specify names): State of CA, AG, Rob Bonta
      (3) ☑ have had a default entered against them (specify names): USDC CA, Trina Thompson, Casandra (Chay Dep)
         Trina Lopez Rutherford Service
   c. ☐ The following additional parties may be added (specify names, nature of involvement in case, and date by which
      they may be served): Trilogie Corp is included, Ind employees.

4. **Description of case**
   a. Type of case in  ☑ complaint  ☐ cross-complaint (Describe, including causes of action): Sheila 1983,
      1st, personal injury, 14th amendment, denial on the board continual
      and medical malpractice, 14th his director in the Ninth Circuit
      Xtrinsic; fraud & manipulation in the state with Montana tribal

CM-110

| PLAINTIFF/PETITIONER: Audrey L. Kornner | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Monterey County + State of CA. | 22 CV 001220 |

**4. b.** Provide a brief statement of the case, including any damages (if personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings; if equitable relief is sought, describe the nature of the relief): *Plaintiff*
*in reset default, filed default, including punitive damages owed*
*e fraud, etc. was intentional, and gross negligence. Failure to*
*$ 50,000,000. is owed NOW!* act under oath com
☐ (If more space is needed, check this box and attach a page designated as Attachment 4b.) Judicial capacity, health

**5. Jury or nonjury trial** leg
The party or parties request ☐ a jury trial ☐ a nonjury trial. (If more than one party, provide the name of each party AG and his employee accepted Service, Aimee Lopez.
requesting a jury trial): *Three people were served. The clerk needs to mind her*

**6. Trial date** Own business. She is incorrect and not
a. ☐ The trial has been set for (date): *none* lawyer.
b. ☐ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint (if my
not, explain): *In Default Twice, and properly served.*
*See proof attached.*
c. Dates on which parties or attorneys will not be available for trial (specify dates and explain reasons for unavailability):
*Clerk Refuse ongoing proof on the record, use*

**7. Estimated length of trial** *threats and spoilage of evidence, especially*
The party or parties estimate that the trial will take (check one): *the AG and Federal*
a. ☐ days (specify number): *The AG No— employees.*
b. ☐ hours (short causes) (specify): *Showed by choice.*

**8. Trial representation** (to be answered for each party)
The party or parties will be represented at trial ☐ by the attorney or party listed in the caption ☐ by the following:
a. Attorney: *Rob Bonta is in default, Twice. He failed to appear,*
b. Firm: *and chose to give bad legal advice instead.*
c. Address: *See attached.*
d. Telephone number:          f. Fax number:
e. Email address:          g. Party represented:
☐ Additional representation is described in Attachment 8. *N/A*

**9. Preference**
☐ This case is entitled to preference (specify code section): *5855 followed by plaintiff.*
*425.11, (b) 1, 812.10, 2984.4 + 395*

**10. Alternative dispute resolution (ADR)**
a. ADR information package. Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 of the California Rules of Court for information about the processes available through the court and community programs in this case.
(1) For parties represented by counsel: Counsel ☐ has ☐ has not provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.
(2) For self-represented parties: Party ☑ has ☐ has not reviewed the ADR information package identified in rule 3.221. *All ignored. Violating ADA Rights,*
b. Referral to judicial arbitration or civil action mediation (if available). *All ignored. Violating ADA Rights,*
(1) ☐ This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action *Civil* mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the *Rights.* statutory limit.
(2) ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.
(3) ☑ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1775 et seq. (specify exemption): *Personal injury, Tort Default placed on the record*

*Demurre does not apply to State,* but skype with
**CASE MANAGEMENT STATEMENT**

4

CM-110

| PLAINTIFF/PETITIONER: Audrey L Kimner | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Monterey County and State of CA. | 22CV001220 |

10. c. In the table below, indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or have already participated in (check all that apply and provide the specified information): *no contact from Rob Bonta who chose to write a Letter and give legal advice + no show 2x.*

| | The party or parties completing this form are **willing to** participate in the following ADR processes *(check all that apply)*: | If the party or parties completing this form in the case have agreed to participate in or have already completed an ADR process or processes, indicate the status of the processes *(attach a copy of the parties' ADR stipulation)*: |
|---|---|---|
| (1) Mediation | ☐ | ☐ Mediation session not yet scheduled<br>☐ Mediation session scheduled for *(date)*:<br>☐ Agreed to complete mediation by *(date)*:<br>☐ Mediation completed on *(date)*: |
| (2) Settlement conference | ☐ | ☐ Settlement conference not yet scheduled<br>☐ Settlement conference scheduled for *(date)*:<br>☐ Agreed to complete settlement conference by *(date)*:<br>☐ Settlement conference completed on *(date)*: |
| (3) Neutral evaluation | ☐ | ☐ Neutral evaluation not yet scheduled<br>☐ Neutral evaluation scheduled for *(date)*:<br>☐ Agreed to complete neutral evaluation by *(date)*:<br>☐ Neutral evaluation completed on *(date)*: |
| (4) Nonbinding judicial arbitration | ☐ | ☐ Judicial arbitration not yet scheduled<br>☐ Judicial arbitration scheduled for *(date)*:<br>☐ Agreed to complete judicial arbitration by *(date)*:<br>☐ Judicial arbitration completed on *(date)*: |
| (5) Binding private arbitration | ☐ | ☐ Private arbitration not yet scheduled<br>☐ Private arbitration scheduled for *(date)*:<br>☐ Agreed to complete private arbitration by *(date)*:<br>☐ Private arbitration completed on *(date)*: |
| (6) Other *(specify)*: | ☑ | ☐ ADR session not yet scheduled<br>☐ ADR session scheduled for *(date)*:<br>☐ Agreed to complete ADR session by *(date)*:<br>☑ ADR completed on *(date)*: |

*Handwritten annotations:*

*Ignores proper Service and believe he is above the law. He did not file a dismissal after Service. proper docs were served.*

*Clerk is incorrect and over-stepping her bounds (Agnez Nazarian) and with Threats.*

*prior to Nov 28, 2023 hearing, or CMC. County did not follow the Rules of ADR or copy the other defendant, Rob Bonta, The State. Judge states to plaintiff, "you should have sued the State".*

CM-110

| PLAINTIFF/PETITIONER: Audrey L. Rimner | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Monterey County + State of CA | 22CV001220 |

**11. Insurance**

a. ☐ Insurance carrier, if any, for party filing this statement *(name)* none

b. Reservation of rights: ☐ Yes ☐ No Plaintiff Requests all Rights, ADA

c. ☐ Coverage issues will significantly affect resolution of this case *(explain):* Rights and signed default judgement. Already filed and properly served.

**12. Jurisdiction**

Indicate any matters that may affect the court's jurisdiction or processing of this case and describe the status.

☐ Bankruptcy   ☐ Other *(specify)*: Judge was paid 1,000.⁰⁰ to read

Status: Monterey County and CA have jurisdiction this case.

**13. Related cases, consolidation, and coordination** Federal Court in CA Ruled in error, but

a. ☐ There are companion, underlying, or related cases. now self admit CA has jurisdiction.

(1) Name of case: Plaintiff Submitted 26 pages of typed

(2) Name of court: explanations, but the clerk and others

(3) Case number: blocked the proof and all docs

(4) Status: from the record.

☐ Additional cases are described in Attachment 13a.

b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by *(name party):*

Refused to place new evidence on the record

**14. Bifurcation** Two years of

☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of Obstruction of action *(specify moving party, type of motion, and reasons):* (none) Justice.

AG failed to file a dismissal. He chose to No Show intentionally. Intentional Interference of a Tort.

**15. Other motions**

☐ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):* Plaintiff filed all motions, and responses to Fraud upon this Court. Too late for opposing Counsel. Default was filed and properly served, but the clerk refused to sign,

**16. Discovery** all act under colors of law with

a. ☐ The party or parties have completed all discovery. deceitfulness

b. ☐ The following discovery will be completed by the date specified *(describe all anticipated discovery):* all county Clerks + Docs.

| Party | Description | Date |
|---|---|---|

Plaintiff provided 2 case laws, Luis v Zang and Quinn v State of CA, along with proof of negligence, etc. all laws were intentionally removed and ignored second proper service.

c. ☐ The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated *(specify):* plaintiff has forensic proof Reporter, and Identity theft, and medical, dental gross negligence ongoing. all falls under Section 1983. all Refuse to place all on the record, ongoing. Demurse does not apply to the State defendants, and

CM-110

| | |
|---|---|
| PLAINTIFF/PETITIONER: *Audrey L. Kimner* | CASE NUMBER: |
| DEFENDANT/RESPONDENT: *Monterey County + State of CA.* | *22 CV001220* |

**17. Economic litigation**

a. ☐ This is a limited civil case (i.e., the amount demanded is $35,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90–98 will apply to this case.

b. ☐ This is a ~~limited~~ *unlimited* civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):* *Unlimited case and punitive damages are owed now. Clerks are refusing to file stamp, and all involved are conspiring, and aiding and abetting both defendants including the judge who states, "now you have it on the record", and I said, "Yes I do!"*

**18. Other issues**
☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):* *Refusal to acknowledge proper service by third party. All mail documents back while the third party served, not the plaintiff. This proves service. Witnesses were on the phone present. All will testify under oath.*

**19. Meet and confer**

a. ☐ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):* *All service documents were proper, and confirmed by the judge, including the self help staff. The WV250 was extra, but an error by the staff. All calls*

b. ☐ After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):* *no one has honored their oath of office. Delays recorded unnecessarily for two years with cruel intent and malice. All work under color of law, and now retaliate because it's now a "clear paper trail" wasting my time, money and blocking ability to work, travel or move on. Refused*

**20.** Total number of pages attached *(if any):* 33 ——— *read the case, but judge allows both defendants out and with federal mail fraud.*

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: *June 25, 2024 (See proof attached)*

*Audrey L. Kimner*
(TYPE OR PRINT NAME)

▶ *Audrey L. Kimner*
(SIGNATURE OF PARTY OR ATTORNEY)

*note! All can read my handwriting, clear malice.*

(TYPE OR PRINT NAME)

(SIGNATURE OF PARTY OR ATTORNEY)

*note: Remove the false child support, and clear retaliation when the plaintiff proved in open court that the plaintiff does not owe it, and happened in dcap after court, but all had no idea it is NOT my case*

☐ Additional signatures are attached.

CASE MANAGEMENT STATEMENT

CM-110 [Rev. January 1, 2024]



*[Handwritten annotations across the page, including:]* "Mailing Back", "You were served with..." , "Read the (c.s) date", "Wrong", "First Service", "bill", "Cumulation", "Lisa Acuila and verified service J Allen", "This STU is plicha JDY", "Judicial"

**NONTA**
**Attorney General**

State of California
**DEPARTMENT OF JUSTICE**

PUBLIC INQUIRY UNIT
P.O. BOX 944255
SACRAMENTO, CA 94244-2550
(916) 210-6276
TOLL FREE: (800) 952-5225
TTY: CA Relay Service
(800) 735-2922

April 25, 2023

PIU: 831453

Audrey L. Kanner
P.O. Box 9503
Carmel, CA 93921-9503

Dear Audrey Kanner:

Thank you for your correspondence to the Office of the Attorney General.

While we appreciate the time and effort it has taken to contact our office, we are unable to assist you. The role of the Attorney General is to represent the People of California, collectively, in civil and criminal matters before trial courts, appellate courts, and the supreme courts of California and the United States. However, the Attorney General is prohibited by law from representing private individuals or providing legal advice, legal research or legal analysis to private individuals under any circumstances. As a result, the Attorney General cannot provide you with legal advice, investigate your allegation or intercede on your behalf.

We suggest that you consult with a private attorney to determine any civil remedies that may be available to you. An attorney would directly represent your interests and is the one whose advice would be most helpful to you.

Your complaint about the judge(s) involved in this case should be directed to the Commission on Judicial Performance. The Commission has exclusive jurisdiction over complaints against judges. You may contact the Commission as follows:

Commission on Judicial Performance
455 Golden Gate Avenue, Suite 14400
San Francisco, CA 94102
Telephone: (415) 557-1200
Fax: (415) 557-1266
Internet: http://cjp.ca.gov

In regard to your complaint against court employees, please be advised that our office does not have legal authority over judicial branch employees. Complaints about a Court Executive Officer (CEO), or about a subordinate judicial officer (SJO), such as a commissioner or referee, should be directed to the presiding judge of the court in which the CEO or SJO works. Complaints about court employees should be addressed to the CEO of the court where the employees work. Contact information for all California trial courts is on the California Courts website, located at www.courts.ca.gov under "Courts."

Finally, because you may need your documents in any future action that you may take, we are returning them to you.



ROB BONTA
Attorney General

State of California
DEPARTMENT OF JUSTICE

PUBLIC INQUIRY UNIT
P.O. BOX 944255
SACRAMENTO, CA 94244-2550
(916) 210-6276
TOLL FREE: (800) 952-5225
TTY: CA Relay Service
(800) 735-2922

April 25, 2023

PIU: 831453

Audrey R. Kimmel
P.O. Box 1895
Carmel, CA 93921-1895

Dear Audrey Kimmel:

Thank you for your correspondence to the Office of the Attorney General.

While we appreciate the time and effort it has taken to contact our office, we are unable to assist you. The role of the Attorney General is to represent the People of California, collectively, in civil and criminal matters before trial courts, appellate courts, and the supreme courts of California and the United States. However, the Attorney General is prohibited by law from representing private individuals or providing legal advice, legal research or legal analysis to private individuals under any circumstances. As a result, the Attorney General cannot provide you with any private litigation or intercede on your behalf.

Therefore, we suggest that you consult with a private attorney to determine any civil remedies that may be available to you. An attorney would directly represent your interests and is the one whose advice would be most helpful to you.

Your complaint about the judge(s) involved in this case should be directed to the Commission on Judicial Performance. The Commission has exclusive jurisdiction over complaints against judges. You may contact the Commission as follows:

Commission on Judicial Performance
455 Golden Gate Avenue, Suite 14400
San Francisco, CA 94102
Telephone: (415) 557-1200
Fax: (415) 557-1266
Internet: http://cjp.ca.gov

In regard to your complaint against court employees, please be advised that our office does not have legal authority over judicial branch employees. Complaints about a Court Executive Officer (CEO), or about a subordinate judicial officer (SJO), such as a commissioner or referee, should be directed to the presiding judge of the court in which the CEO or SJO works. Complaints about court employees should be addressed to the CEO of the court where the employees work. Contact information for all California trial courts is on the California Courts website, located at www.courts.ca.gov under "Courts."

Finally, because you may need your documents in any future action that you may take, we are returning them to you.

## Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z35KT5A4Z57X2894

**Weight**
4 LBS

**Service**
UPS 3 Day Select

**Shipped / Billed On**
12/09/2023

**Delivered On**
12/19/2023 2:48 PM

**Delivered To**
SACRAMENTO, CA, US

**Received By**
REC

**Left At**
Mail Room

**Alternate Tracking Number(s)**
1Z35KT5A7Z57X2894

Please print for your records as photo and details are only available for a limited time.

Sincerely,

UPS

Tracking results provided by UPS: 12/20/2023 5:47 PM EST



MAILPRO
6585 HWY 431 S STE E
HAMPTON COVE, AL 35763
(256)425-0019
WWW.MAILPROCFS.COM

| | | |
|---|---|---|
| Copies BW | 15 @ 0.25 | 3.75 |
| Copies BW | 80 @ 0.25 | 20.00 |

Shipment
FedEx Priority Overnight
Ship To:
ATTNY ROB BONTIA, ROBERT ANDERSON,
ATTORNEY GENERAL OFFICE
1300 I ST STE 1142
SACRAMENTO, CA 95814-2963
Package ID: 409627 166.16
[redacted]
Expected arrival: Fri 03/22 10:30 AM
Labor 2.00
MEDIUM RIGID MAILER 2.49 TX

Shipment
USPS Priority Mail
Ship To:
AUDREY KIMNER
PO BOX 1493
CARMEL, CA 93921-1493
Package ID: 409628 20.98
[redacted]
USPS Tracking ($0.00)
Labor 2.00
MEDIUM RIGID MAILER 2.49 TX

SUBTOTAL 219.87
TAX 0.44
State Tax on 4.98
TOTAL 220.31 220.31
TEND Visa

Total shipments: 2
JUDY WILLIAMS 03/21/2024
02:55 PM
#163207
Workstation: 20 Auxiliary Workstation 20
CCTran# d93a79c2-4c54-4651-b4ff-d0f15e060cbc

LOSS OR DAMAGE: Unless a value is declared, the maximum value for each parcel will not exceed $100 for FedEx and UPS and $50 for USPS PRIORITY MAIL(DOMESTIC ONLY). You, the sender, agree to hold Mailpro and carrier harmless for damage or loss to any parcel or contents caused by improper packaging by the sender. Claims must be within 30 days of the date of the receipt.
**If loss or damage occurs, please contact us and a claim will be filed.**
AS OF MARCH 26TH 2020 ALL FEDEX AND UPS EXPRESS SHIPMENTS WILL NOT HAVE MONEY BACK GUARANTEE ON DELAYED/LATE ARRIVAL DUE TO THE CORONA VIRUS, UNTIL FURTHER NOTICE.

Mailprocfs.com

12/1/23, 5:12 PM                                   Gmail - Proof

 Gmail                              audrey kimner <audreykimner10@gmail.com>

## Proof

**audrey kimner** <audreykimner10@gmail.com>                    Fri, Dec 1, 2023 at 5:11 PM
To: Florette Yen <Florette.Yen@doj.ca.gov>, AGelectronicservice@doj.ca.gov, Legal Unit <LegalUnit@sos.ca.gov>,
"Secretary of State, Constituent Affairs" <constituentaffairs@sos.ca.gov>

Yen,

You are aware that you sent me an email about the service on September 07, 2023, which clearly states that you are
returning my documents of service, including sending me a letter from the AG dated DECEMBER 02, 2023 AFTER
COURT when clearly the letter was sent prior to this date and BEFORE THE HEARING and after receiving the case
management packet from me. I documented all, so you and the AG were clearly aware of service and sending letters in
September. The Spoilage of evidence and concealing with removing of documents out of my suit with each numbered will
go to the judge. This falls under the defendant and I don't appreciate removing the case law which proves my case is
already won concerning neglect.

I don't appreciate all involved wasting another year of my time and time without my children due to judicial malfeasance,
federal employee neglect and intent to obstruct justice and service with mail fraud on your end.

Audrey

———— Forwarded message ————
From: audrey kimner <audreykimner10@gmail.com>
Date: Fri, Dec 1, 2023 at 5:03 PM
Subject: Proof
To: audrey kimner <audreykimner10@gmail.com>



20231201_165832.jpg
3753K

11/29/23, 12:32 PM                    20230509_140808.jpg



**ROB BONTA** *State of California*
*Attorney General* *DEPARTMENT OF JUSTICE*



1300 I STREET, SUITE 125
P.O. BOX 944255
SACRAMENTO, CA 94244-2550

Public: (916) 4459555

12/2/2023

VIA EMAIL AND HARD COPY
Audrey L. Kimner
P.O. Box 1493
Carmel, CA 93921

RE: <u>Kimner vs State of California</u>

RETURN OF DOCUMENTS DELIVERED TO THE OFFICE OF THE ATTORNEY
GENERAL, 1300 I STREET, SACRAMENTO, CALIFORNIA 95814

Dear Ms. Kimner:

We are returning these documents for the following reasons:

_____ 1. These documents were delivered to the Office of the Attorney General in error.
We are not authorized to receive documents on behalf of the party you are trying to serve.

_____ 2. The documents are defective in that they do not state the name of the party
being served.

___X___ 3. Other: Service is improper and/or incomplete. Please consult the California
Government Code or the Code of Civil Procedure. You may also consult the link on the Office of
the Attorney General's Website at www.oag.ca.gov, which identifies statutes governing service of
process.

Sincerely,

Florette Yen

Acting Service Deputy

For    ROB BONTA
       Attorney General

Encls.

Carmel Office Supply and Business Center
PO Box 2426
CARMEL BY THE SEA, CA 93921
831-624-1800

BW Letter SS   30 @ 0.19 ....   5.70 TX
    Regular: .25 Saved: 1.80
Shipment————————————
  FedEx Ground
  Ship To:
      Attn: Intake Department
      Monterey Superior Court
      1200 AGUAJITO RD FL 2
      MONTEREY, CA 93940-4834
  Package ID: 22012         17.80
  Contents:
      Documents
  Tracking #: 270007662799
  Expected arrival: Tue 01/23 11:59 PM
  Actual Wt: 0 lbs 6.0 ozs
  Rating Wt: 1 lbs
  Pkg Dims: 12.00 x 10.00 x 1.00
  Direct Signature Requi [$5.50]

      SUBTOTAL              23.50
      TAX
      State Tax on 5.70      0.53
      TOTAL                 24.03
  TEND Cash                 25.00
      CHANGE                 0.97

  Total shipments: 1
  Audrey Kimner
  Charles                01/20/2024
  #57223                    01:29 PM
  Workstation: .20 - POS-2


  Signature_____


    Shipping time quote is not guaranteed.
    No refunds for fingerprinting services

    *************************************
    Thank You For Your Business
    *************************************
    Please find our customer feedback
  https://theinccompany.reviewability.
            eedback/73542.0.0



*Breach Contract — arb.*

ORDERED that Respondent has no valid claim to any of the Respondent's benefits under the Duke Energy Retirement Cash Balance Plan ("RCBP") and Duke Energy Retirement Savings Plan ("RSP") and, as such, the Petitioner is entitled to 100% of the benefits under said specified plans.

AND IT IS SO ORDERED!

_____
The Honorable William J. Wylie Jr.
Presiding Judge
Family Court Ninth Judicial Circuit

Summerville, South Carolina
_____, 2018

FAILURE TO COMPLY WITH AN ORDER OF THE FAMILY COURT CAN RESULT IN UP TO ONE YEAR IN PRISON AND/OR A FINE OF UP TO ONE THOUSAND FIVE HUNDRED DOLLARS AND/OR 300 HOURS UPON THE PUBLIC WORKS OR A COMBINATION OF ALL THREE, PURSUANT TO SECTION 63-3-620 OF THE CODE OF LAWS OF SOUTH CAROLINA, 1976, AS AMENDED. A VIOLATING PARTY MAY ALSO BE REQUIRED TO PAY THE ATTORNEY'S FEES AND COSTS OF THE PARTY WHO BRINGS THE ACTION TO ENFORCE THIS ORDER.

FAKE COURT ORDER — THEFT!!!
FRAUD by Judge Wylie.
NOT my case number.
STOLE 15 years of Retirement +

RECEIVED

2020 MAR -5 PM 12:54

STATE ETHICS
COMMISSION

RECEIVED

STATE OF S.C.
COMMISSION

PROVISIONS OF THIS AGREEMENT ARE SUBJECT TO ARBITRATION
PURSUANT TO THE SOUTH CAROLINA UNIFORM ARBITRATION ACT
CODE OF LAWS 15-48-10 et Seq.

2011 DEC -6 AM 9:4

MARY
CLERK OF COURT
BERKELEY COUNTY, S.C.

STATE OF SOUTH CAROLINA ) CHILD CUSTODY, SUPPORT AND
COUNTY OF BERKELEY ) PROPERTY SETTLEMENT AGREEMENT

This Child Custody, Support and Property Settlement Agreement (hereinafter

"Agreement") is made and entered into this ___5th___ day of December 2011, in

Charleston, South Carolina, by and between Audrey L. Kimner (hereinafter referred to

as "Wife" or "Mother") and Michael J. Kimner (hereinafter referred to as "Husband" or

"Father").

The parties stipulate and agree that once executed by the parties and their

attorneys, this mediated settlement agreement is IRREVOCABLE.

### WITNESSETH:

WHEREAS, the parties hereto are husband and wife, having been lawfully

married on April 5, 1997 in Houston, Texas; and

WHEREAS, the parties are both citizens and residents of Berkeley County,

South Carolina; and

WHEREAS, two (2) children were born of the marriage, namely, Cameron Hunter

Kimner, born on November 17, 1999, now age 12 and Jordan Elizabeth Kimner, born on

December 26, 2000, now age 10; and

WHEREAS, the Wife is 46 years of age and Husband is 45 years of age; both

Wife and Husband are in reasonably good health; and

WHEREAS, the Husband and Wife are presently residing separately, having last

resided together as Husband and Wife on Daniel Island, in Berkeley County, South

Carolina; and

STATE OF SOUTH CAROLINA )
COUNTY OF BERKELEY )

IN THE FAMILY COURT OF THE
NINTH JUDICIAL CIRCUIT

KIMNER, AUDREY L )
PLAINTIFF )

CASE NO.: 2010DR0802517

**FILED**

VS. )

2018 FEB 16  AM 10: 07

KIMNER, MICHAEL J )
DEFENDANT )

N O T I C E
FOR RULE TO SHOW CAUSE

MARY P. BROWN
CLERK OF COURT
BERKELEY COUNTY, S.C.

02/16/2018

TO: KIMNER, AUDREY L
PRO SE
1946 FOUNTAIN VIEW, UNIT #242
HOUSTON, TX 77057

FAX:
PHONE:

THE ABOVE REQUESTED HEARING HAS BEEN SET FOR:

09:00 A.M. THRU 12:00 P.M.

ON THE 11 DAY OF APRIL, 2018 IN COURTROOM NO. C.

YOU ARE HEREBY NOTIFIED TO BE PRESENT IN THE FAMILY COURT OF THE
NINTH JUDICIAL CIRCUIT LOCATED AT THE COURTHOUSE, 300-B CALIFORNIA AVENUE
IN MONCKS CORNER, SOUTH CAROLINA AT THE AFORESAID TIME.

_____
FAMILY COURT COORDINATOR

MARY P. BROWN, CLERK OF COURT

** THE ATTORNEY OF RECORD IS RESPONSIBLE TO NOTIFY ALL PARTIES INVOLVED
OF THIS HEARING DATE.

(RTSC)

STATE OF SOUTH CAROLINA

COUNTY OF BERKELEY

AUDREY L. KIMMER,

Plaintiff,

v.

ROGER M. J. KIMMER,

Defendant.

IN THE FAMILY COURT OF THE
NINTH JUDICIAL CIRCUIT

CASE NO.: 2010-DR-08-2517

QUALIFIED DOMESTIC
RELATIONS ORDER
(Duke Energy Retirement
Savings Plan)

665 A Blanco Circle
Salinas, CA 93901
(831) 754-5800

## POST-OPERATIVE INSTRUCTIONS

THINGS TO REMEMBER FOR ADULTS:

1. Because your reflexes are diminished after receiving anesthetic drugs for the next (24) hours:
   a. You should not operate a vehicle.
   b. You should not engage in an occupation involving machinery or appliances.
   c. You should not drink an alcoholic beverage during the next 48 hours.
   d. Avoid making any critical decisions.

THINGS TO REMEMBER FOR PEDIATRIC PATIENTS:

2. Your child will be drowsy, dizzy and weaker than normal the day of surgery, so keep the child indoors, sleeping or playing quietly (TV, reading), and away from other children. Avoid sharp toys/guide or carry child up or down stairs.

THINGS TO REMEMBER FOR ALL PATIENTS:

3. If prescription for pain was given, it should be taken only as directed. If the patient does not improve, contact the doctor. If the doctor does not prescribe anything for pain, the patient may take a non-prescription, non-aspirin pain medication, which can be purchased at the drug store.

4. The patient may eat anything, but it is better to start with liquids, such as clear juice, soda, then soup and crackers and gradually work up to solid foods.

5. Adult sponsor must be present to accompany the patient home and should remain with the patient for 24 hours.

6. To help prevent blood clots, do ankle pump exercises. If you have pain, redness, swelling or hot spots on calves/legs call your surgeon and/or go to Emergency Room.

You are to see Dr _____ Kanter _____ at _____ Kaz off _____

ADDITIONAL INSTRUCTIONS BY THE PHYSICIAN:
See Handout card and Follow Instruct?

8. If you have problems relating to your surgery or develop any of the following: Fever over 101 chills, heavy bleeding, inability to urinate after adequate fluid intake, or any unusual occurre call your doctor _____ Kanter _____ at 754-8722 or call the Salinas Surgery Cente (831) 754-5300 Monday-Friday between the hours of 7:00 a.m. to 5:00 p.m.
If you are unable to reach your doctor, you should go to the Emergency Room nearest your home. For extreme emergencies, dial 911.

I/WE HAVE HAD READ/HAD READ TO ME THE ABOVE INSTRUCTIONS.

TANER, AUDREY L
D/VISIT: 10/26/11
DOB: 04/15/1994
Dr: Salinas Surgery
[illegible]

Sentara
Age 17

_____ X _____
Patient, Parent or Guardian     Date

_____ X _____
Sponsor     Date

Evidence
New med.

*(handwritten: 10)*



# Superior Court of California
# County of Monterey

# MEMORANDUM

**TO:**       **AUDREY KIMNER**

**FROM:**     A Nazarian

**DATE:**     3/22/2024

**SUBJECT:**  Returned documents

**CASE NO.:** 22CV001220

*(handwritten: 100 010)*

*(handwritten alongside: All FALSE (moot) Statements clerk was not present over stepping privacy bounds not my lawyer)*

*(handwritten: Interference of my filed Tort.)*

The Court Clerk's Office has returned the enclosed documents for the following reason(s):

*(handwritten left margin: 26 pages of typed info was ignored and not allowed on the record.)*

- The Complaint, Civil Case Cover Sheet, Summons, and Proof of Service of Summons you submitted is not legible. All documents have already been filed and would require amended copies if you are trying to alter or change anything that is not in your original Complaint. *(handwritten: Ongoing and none of your business)*

- Proof of Service is missing the name of the person who served the parties in the case on one of the documents and missing all information on the person who served the parties on another.

- We need the original copy of the Proof of Service and you have submitted copies. *(handwritten: Your Court threw in trash.)*

- The WV-250 Proof of Service you submitted is not for your case type. *(handwritten: Extra doc with 20 other proper service docs)*

- Entry of Default of Judgement is being rejected because a Demurrer was filed. *(handwritten: Demurrer is unlawful and unconstitutional.)*

- All attachments you are submitting must have a Cover Sheet explaining what the documents are. There are many documents and attachments you submitted that do not have a legible cover page.

- Cover Sheet should be either on legal pleading paper or on Judicial Council Form. *(handwritten: All cover sheets were sent. FALSE Statement)*

Please make sure you are aware of Court rules when you are resubmitting your documents to the Court. If you need assistance with your case please either visit the Law Library or get an attorney to assist you with your case.

*(handwritten: I don't need a lawyer or your bad legal advice. You were not present, and have worked under color of law w/ threats.)*

Thank you,

Mailed to :

Audrey Kimner

PO BOX 1493

Carmel, CA 93921

*(handwritten: Ongoing proof is Refused on the record. Which is obstruction. All demurres are against my ADA Rights. Multiple federal crimes.)*



10

MC-030

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*

Audrey L. Kimner
P.O. Box 1493
Carmel, CA 93921
TELEPHONE NO.: 847-754-1543   FAX NO.(Optional):
E-MAIL ADDRESS (Optional): audrey.kimner1a@gmail.com
ATTORNEY FOR *(Name):* IN PRO PER   Audrey L. Kimner, pro se plaintiff

SUPERIOR COURT OF CALIFORNIA, COUNTY OF MONTEREY
STREET ADDRESS: 1200 AGUAJITO ROAD
MAILING ADDRESS: 1200 AGUAJITO ROAD
CITY AND ZIP CODE: MONTEREY, CA. 93940
BRANCH NAME: MONTEREY

PLAINTIFF/PETITIONER: Audrey L. Kimner
DEFENDANT/RESPONDENT: State of CA and Monterey County

FOR COURT USE ONLY

FILED

MAR 22 2024

CLERK OF THE SUPERIOR COURT
~~AGNES NAZARIAN~~ DEPUTY

CASE NUMBER: 22CV001220   (Dept 14)

DECLARATION

(4 sections total)
) Proof of delivery by UPS, 12/08/2023 @ 2:48pm Tracking 1ZE35K95A63578
(and 1ZE35K95A25782894 confirmed by mailroom & Shana Kaplan @ 876
UPS.com). all proof of service, summons, proof of service of
response and proof of service of summons State was served after
evading service twice, including self admitting service by the
DOJ in San Francisco for the State AG. Letters attached.
) Civil cover sheet 3) Case Management Statement for hearing on
Jan 30 @ 9 AM
) Attachment & Letter of Case explanations, including all new evidence,
proof of ongoing medical and dental neglect by CA federal
employees, and wiretapping against guaranteed CA privacy act by
ate: Spoilage of evidence removed by State & federal CA AG.
employees, but plaintiff replaced removed case laws to prove this case
proof of surgery that was intentionally ignored by all
federal judges, especially Lucy H. Koh and mag. Cousins.
) all proof of service prior.
) Plaintiff created 19 exhibits of gross neglect, fraud upon the courts,
family malice, neglect of health with losses, and ongoing
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. dental w/ assets
Date: 1/17/2024                                              and stolen @ homes. all
                                                                      escrow control
Audrey L. Kimner, plaintiff pro se   Audrey L. Kimner, plaintiff  of plaintiff
_____(TYPE OR PRINT NAME)_____   pro se                      authored assets.
                                     _____(SIGNATURE OF DECLARANT)_____
                                     ☐ Attorney for   ☒ Plaintiff   ☐ Petitioner   ☐ Defendant   all
                                     ☐ Respondent     ☐ Other *(Specify):*         intentional
                                                                                    and
                                                                                    unconstitutional

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

CEB | Essential
ceb.com | Forms

DECLARATION

Page 1 of 1

MC-030

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*

Audrey L. Kimner, plaintiff pro se
P.O. Box 1493 Carmel CA 93921

TELEPHONE NO.: 843-754-1543   FAX NO. *(Optional)*:
E-MAIL ADDRESS *(Optional)*: audreyLkimner10@gmail.com
ATTORNEY FOR *(Name)*: Audrey L Kimner, pro se

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Monterey
STREET ADDRESS: 1200 Aguajito Road
MAILING ADDRESS: Monterey CA 93940
CITY AND ZIP CODE:
BRANCH NAME: Monterey

PLAINTIFF/PETITIONER: Audrey L Kimner
DEFENDANT/RESPONDENT: State of CA and Monterey County

FOR COURT USE ONLY

FILED

MAR 22 2024

CLERK OF THE SUPERIOR COURT
AGNES NAZARIAN DEPUTY

CASE NUMBER: 22 CV 001 220

**DECLARATION**

Declaration page 1 mc-030                    Panetta. Dept 14

1) Cover Sheet cm-010  2 pgs.
2) Case management Statement. 5 pages
3) Tracking number. USPS # 9114 9022 0078 9658 1345 57 from AG.
   Explanation of entire case with dates and laws, fraud, etc.
   Proof.
4) All new evidence and proof. Case laws to prove case, and
   Luis V zang and Quinn V State of California added back
   in after spoilage of evidence. 1-62
5) Exhibits of proof - 1-19,  127 pages
6) Proof of Service and delivery from UPS, Tracking #
   1Z835K75A 625782894 + 1Z835K75A7 25782894
   on  12/20/2023 @ 5:47 p.m. EST
   Proof of Summons, proof of Service by mail and proof of
   Response by mail, WV-250 , 2 Summons to State of CA.
   page 1-8.
   231 pages Total

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1-19-2024

Audrey L. Kimner, pro se
plaintiff
*(TYPE OR PRINT NAME)*

Audrey L Kimner, pro se
plaintiff
*(SIGNATURE OF DECLARANT)*

☐ Attorney for  ☑ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☑ Other *(Specify)*: pro se

Form Approved for Optional Use

**DECLARATION**

Page 1 of 1

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):

Windialisah Kumma Brs1
P.O 1549 Cam1, CA 93921

TELEPHONE NO.: 843-754543     FAX NO. (Optional):
E-MAIL ADDRESS (Optional): Windialishkumma10@gmail.com
ATTORNEY FOR (Name):

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Monterey
STREET ADDRESS: 1800 Aquajito Rd
MAILING ADDRESS: Monterrey, CA 93940
CITY AND ZIP CODE:
BRANCH NAME: Monterd Division

PLAINTIFF/PETITIONER: Windialuk Kumma
DEFENDANT/RESPONDENT: State of California

CASE NUMBER: 22CV001232

Ref. No. or File No.:

**PROOF OF SERVICE OF SUMMONS**

FOR COURT USE ONLY

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents):* Exhibits and explanations

3. a. Party served *(specify name of party as shown on documents served):* State of California

   b. [X] Person *(other than the party in item 3a)* served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   Attn: AG. Rob Banta. Ricsilde Fines (legal counsel Staci) Robert Anderson (Chief of Staff of Legal + Affairs

4. Address where the party was served:
   Office of Attorney General
   1300 "I" St. Sacramento, CA 95814-2919

5. I served the party *(check proper box)*
   a. [ ] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on (1) on *(date):* (2) at *(time):*
   b. [X] by substituted service. On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) [ ] *(business)* a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] *(home)* a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] *(physical address unknown)* a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* from *(city):* or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

POS-010

| PLAINTIFF/PETITIONER: *Audrey L Kimmer, Pro Se* | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: *State of California* | *22CV001220* |

5. c. [X] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.

(1) on *(date):*                                                    (2) from *(city):*

(3) [X] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

(4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. [ ] **by other means** *(specify means of service and authorizing code section):*

[ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. [ ] as an individual defendant.

b. [ ] as the person sued under the fictitious name of *(specify):*

c. [ ] as occupant.

d. [X] On behalf of *(specify):* *State of California   Attn: (AG, Rob Bonita, R vsailda Perez, legal counsel* under the following Code of Civil Procedure section: *Robert Anderson ( chief deputy of legal affair*

| | |
|---|---|
| [ ] 416.10 (corporation) | [ ] 415.95 (business organization, form unknown) |
| [ ] 416.20 (defunct corporation) | [ ] 416.60 (minor) |
| [ ] 416.30 (joint stock company/association) | [ ] 416.70 (ward or conservatee) |
| [ ] 416.40 (association or partnership) | [ ] 416.90 (authorized person) |
| [ ] 416.50 (public entity) | [ ] 415.46 (occupant) |
| | [ ] other: |

7. **Person who served papers**

a. Name: *Judy C. Williams*

b. Address: *452 Hamer Rd., Owens Cross Roads, Al 35763*

c. Telephone number: *256-725-8257*

d. The fee for service was: $ *0*

e. I am: *3rd party, mother of plaintiff*

(1) [X] not a registered California process server.

(2) [ ] exempt from registration under Business and Professions Code section 22350(b).

(3) [ ] a registered California process server:

(i) [ ] owner   [ ] employee   [ ] independent contractor.

(ii) Registration No.:

(iii) County:

8. [X] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   **or**

9. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: *12-8-2023*

*Judy C. Williams*

(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                        (SIGNATURE)

POS-010 [Rev. January 1, 2007]                    **PROOF OF SERVICE OF SUMMONS**

**For your protection and privacy, please press the Clear**

**WV-250**

## Proof of Service of Response by Mail

*Clerk stamps date here when form is filed.*

**(1) Petitioner (Employer)**

Name: _____

**(2) Employee in Need of Protection**

Name: _____

**(3) Respondent (Person From Whom Protection Is Sought)**

Name: _____

**(4) Notice to Server**

The server must:

- Be 18 years of age or older.
- Be a resident of or employed in the county where the mailing took place.
- Not be the respondent.
- Mail a copy of all documents checked in (5) below to the petitioner or the petitioner's lawyer.
- Complete and sign this form and give it to the respondent.

*Fill in court name and street address:*

Superior Court of California, County of

*Monterey*

*Fill in case number:*

Case Number: *22CVD01220*

### PROOF OF SERVICE BY MAIL

**(5)** I am 18 years of age or older and not a party to this proceeding. I live or am employed in the county where the mailing took place. I mailed the petitioner or the petitioner's lawyer a copy of: *plaintiff pro se*

    a. Form WV-120, *Response to Petition for Workplace Violence Restraining Order* (completed)

    b. ☒ Other *(specify):* *Proof of Service of Summons* *(2) Summons, 2, a, b, c, d, f, 3 in plaintiff*

**(6)** I placed copies of the documents listed above in a sealed envelope and mailed them as described below: *(legal counsel,)*

    a. Mailed to *(name):* *Office of Attorney General* attn: *Rob Bonita, Rosa Lehto Reatty* *Robert anderson (chief deputy of legal affairs)*

    b. To this address: *1300 "I" St*

        City: *Sacramento*      State: *CA*   Zip: *95814-2919*

    c. On *(date):* *12-8-2023*   Mailed from: City: *Owens Cross Roads* State: *AL 35763*

**(7) Server's Information**

Name: *Judy C. Williams*      Telephone: *256-725-8257*

Address: *455 Hamer Rd.*

City: *Owens Cross Roads*      State: *AL*   Zip: *35763*

*(If you are a registered process server):*

County of registration: _____    Registration number: _____

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: *12-8-2023*

*Judy C. Williams*      ▶ *Judy C. Williams*

*Type or print server's name*      *Server to sign here*

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2012, Optional Form
Code of Civil Procedure, § 527.8

**Proof of Service of Response by Mail**
**(Workplace Violence Prevention)**

WV-250, Page 1 of 1